# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA, :
:
    v. :
: CIVIL ACTION NO.
CHRISTOPHER HEARST and : 1:18-CR-54-RWS-AJB
CEDVONTE' HENRY, :
:
    Defendants. :

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Alan J. Baverman [Doc. No. 66]. Defendants Hearst and Henry have both filed objections thereto based upon the recent Supreme Court decision Carpenter v. United States.

In this case, the Government obtained Court orders under 18 U.S.C. § 2703(d) for historical cellular service locational information for a phone believed to be used by Mr. Hearst and for phones in the vicinity of cell towers located near the sites of certain robberies. Defendants argue that the scope of the information sought through these § 2703 orders is broader than that allowed by § 2703 and by United States v. Davis, 785 F.3d 498, 505 (11th Cir. 2015). Thus, even if the Court finds that the Leon good faith exception applies, Defendants contend that the Court should

suppress evidence that exceeded this scope.

The Court ADOPTS the Report and Recommendation as to the good faith exception, so this evidence is not subject to suppression under the holding of Carpenter v. United States. The Clerk is DIRECTED to terminate the pending status of the R&R. However, the R&R has not addressed the scope of the information sought through the § 2703 orders; this issue was raised in Defendants' motions and their objections to the R&R. The motions [Doc. Nos. 46, 56, and 60] are referred back to Judge Baverman to address this issue.

**SO ORDERED** this 27th day of July, 2018.

_____
**RICHARD W. STORY**
United States District Judge

2

AO 72A
(Rev.8/82)